IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CHLOE ELIZABETH SMITH, BY Her Co-Guardians as Next Friends, Ellen Waterfield Smith and Michael Edward Smith, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-2045 (RDA/WBP) |
| FUN LAND OPCO, LLC, | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Defendant's Motion to Dismiss the Second Amended Complaint. Dkt. 29. The Court has dispensed with oral argument as it would not aid in the decisional process. Fed. R. Civ. P. 78(b); Local Civil Rule 7(J). This matter has been fully briefed and is now ripe for disposition. Considering the Motion, the briefs, and the Second Amended Complaint, the Court will DENY the Motion. At the Rule 12(b)(6) motion-to-dismiss stage, the Court must accept all facts contained within the Second Amended Complaint as true and is only determining whether Plaintiff has stated a plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Here, Plaintiff asserts three negligence claims based on injuries that Plaintiff alleges that she sustained while riding at go-kart at premises operated by Defendant. At this early stage of the litigation, Plaintiff's have alleged sufficient facts to survive a motion to dismiss.[1] The Court does not opine on whether any of Defendant's arguments might be more viable at a later stage of proceedings.

---

[1] The Court recognizes that the Motion has been pending for a longer period than is ordinarily expected in this District. The Court notes that this Division has been inundated with

Accordingly, it is hereby ORDERED that the Motion (Dkt. 29) is DENIED; and it is

FURTHER ORDERED that the parties are DIRECTED to contact the chambers of Magistrate Judge William B. Porter within FOURTEEN (14) DAYS of the issuance of this Order to schedule a settlement conference; and it is

FURTHER ORDERED that a scheduling order will issue promptly.

IT IS SO ORDERED.

Alexandria, Virginia
September 17, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

---

hundreds of habeas applications each of which requires expeditious review and each of which involves an individual in custody who desires release. Indeed, to date, more than *3000* civil cases have been filed in the Alexandria Division alone. Nor does the Court's regular civil and criminal dockets stop progressing forward to take account of this new influx of cases and this District Judge has personally presided over eight criminal trials in the last year. The Court has addressed this case in due course.